# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL MESSER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>L. METTRY, et al.,<br><br>　　　　　Defendants. | 1:13-cv-01068-BAM (PC)<br><br>ORDER REGARDING IN FORMA PAUPERIS STATUS ON APPEAL |

　　　　Plaintiff Cecil Messer ("Plaintiff"), a federal prisoner proceeding pro se and in forma pauperis, filed this action on July 12, 2013. On October 14, 2014, the Court dismissed the action for failure to state a cognizable claim. Plaintiff appealed.

　　　　On December 17, 2014, the Ninth Circuit Court of Appeals referred the matter back to this Court for the limited purpose of determining whether in forma pauperis status should continue for the appeal or whether the appeal is frivolous or taken in bad faith. 28 U.S.C. § 1915(a)(3).

　　　　The Court finds that this appeal is not taken in bad faith and is not frivolous. Accordingly, in forma pauperis status should not be revoked and should continue on appeal.

IT IS SO ORDERED.

　　Dated:　**January 5, 2015**　　　　　　　　/s/ *Barbara A. McAuliffe*　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1